HARDEE, Appellant, vs. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent.*

*October 7—November 5, 1957.*

* Motion for rehearing denied, without costs, on January 7, 1958.

For the appellant there; were briefs· and oral argument by *Morton Gollin* of Milwaukee.

For the respondent there was a brief by *Bendinger, Hayes & Kluwin* of Milwaukee, and oral argument by *Gerald Hayes, Jr.*

BROWN, J. Appellant sustained a fractured pelvis and a punctured bladder. She was hospitalized about six weeks and had to use crutches in walking for six weeks more. The jury allowed her $400 for her injuries. We think this so inadequate that the interests of justice require a new trial on this issue as well as on the questions of liability as held in the *Veverka Case, supra.*

*By the Court.*—Judgment reversed, and cause remanded for a new trial on all issues.